No. 98–9635. LUSK v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 98–9636. SMITH v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 98–9637. SIMON v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 98–9638. BILDERBECK v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 98–9639. BENNETT v. STEWART, SUPERINTENDENT, MC-NEIL ISLAND CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 98–9640. AGUILAR v. ABBOTT ET AL. C. A. 5th Cir. Certiorari denied. 

No. 98–9641. COOK v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 98–9642. BISHOP v. ROMER, GOVERNOR OF COLORADO, ET AL. C. A. 10th Cir. Certiorari denied. 

No. 98–9643. WILSON v. REYNOLDS ET AL. C. A. 6th Cir. Certiorari denied. 

No. 98–9644. WALKER v. COLLINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–9645. CARTHANE v. FLORIDA. Sup. Ct. Fla. Certiorari denied. 

No. 98–9646. CASEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 98–9647. HILTON v. UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 98–9648. HERRERA ET UX. v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 98–9649. CHONG LING DAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.